KREIZER v. BENZECRY. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Bernard Kreizer against Benjamin Benzecry. No opinion. Motion granted, with $10 costs.

KRIPPENDORF DITTMAN CO. v. COHN et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the Krippendorf Dittman Company against Samuel Cohn and others. No opinion. Motion granted, with $10 costs.

KRUG v. PITASS. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Julius F. Krug against John Pitass. No opinion. Motion for reargument denied. Note: See original order of April 10, 1897. 44 N. Y. Supp. 864.

LA FETRA v. GOODRICH. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Edward B. La Fetra against George G. Goodrich. No opinion. Motion granted, with $10 costs.

LAIDLAW v. SAGE. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William R. Laidlaw against Russell Sage. No opinion. Motion denied. See 37 N. Y. Supp. 770.

LANDGRAFF, Respondent, v. NICOLL et al., Appellants. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Henry A. Landgraff against Charles H. Nicoll, impleaded, etc. W. C. Timm, for appellants. H. Thompson, for respondent.

PER CURIAM. The order must be reversed on the ground that there is no proof of any authority on the part of the attorneys for the Lloyds Company to represent the defendant Charles H. Nicoll, or to bind him by any contract of insurance. The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

LAYCOCK et al., Respondents, v. HOMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Oliver S. Laycock and others against Henry Homer. No opinion. Judgment and order affirmed, with costs.

LENT, Respondent, v. SHEAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by David D. Lent, as receiver, etc., against Henry D. Shear and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., dissenting.

LUCAS, Appellant, v. BERRY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Lydia Lucas against Frank Berry and others. No opinion. Judgment affirmed, with costs.

MABON v. ONGLEY ELECTRIC CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by John S. Mabon, as receiver, against the Ongley Electric Company. No opinion. The appeal from the judgment not having been reached, it cannot be set down for any day. The appeal from the order may be heard with the appeal from the judgment when reached.

McENTEE, Appellant, v. KINGSTON WATER CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Gerard L. McEntee against the Kingston Water Company. No opinion. Judgment affirmed, with costs.